UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY ALGAIER, and<br>DEBRA EDDY,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a<br>national bank doing business in<br>Washington State, et al.,<br><br>            Defendants. | NO: 13-CV-0380-TOR<br><br>ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S UNOPPOSED MOTION TO DISMISS |

BEFORE THE COURT is Defendant Northwest Trustee Services, Inc.'s Motion to Dismiss (ECF No. 33). This matter was submitted for consideration without oral argument. Although a hearing for this motion is set for December 18, 2014, this Court finds no reason to delay its order. The Court has reviewed the briefing and the record and files herein, and is fully informed.

Defendant Northwest Trustee Services, Inc. moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims in Plaintiff's Amended Complaint as against Northwest Trustee Services, Inc. ECF No. 33. Plaintiffs do

ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S UNOPPOSED MOTION TO DISMISS ~ 1

Case 2:13-cv-00380-TOR    Document 38    Filed 12/04/14

not oppose dismissing Defendant Northwest Trustee Services, Inc. without prejudice. ECF No. 37. Pursuant to Rule 12(b)(6), this Court dismisses Northwest Trustee Services, Inc. with prejudice.

**Accordingly, IT IS HEREBY ORDERED:**

Defendant Northwest Trustee Services, Inc.'s unopposed Motion to Dismiss (ECF No. 33) is **GRANTED**. Defendant Northwest Trustee Services, Inc. is dismissed with prejudice.

The District Court Executive is hereby directed to enter this Order, provide copies to the parties, and adjust the caption of the case accordingly.

**DATED** December 4, 2014.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S UNOPPOSED MOTION TO DISMISS ~ 2