# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TIMOTHY ALGAIER and DEBRA EDDY<br>*Plaintiff*<br>v.<br>BANK OF AMERICA, N.A., a national bank doing business in Washington State, and MORTGATE ELECTRONIC REGISTRATION SYSTEMS, INC., also known as MERS,<br>*Defendant* | Civil Action No. 2:13-CV-0380-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants Bank of America, N.A. and MERS Motion for Summary Judgment (ECF No. 51) is GRANTED.
Defendant Northwest Trustee Services Motion to Dismiss (ECF No. 33) is GRANTED.
Defendants CMG Mortgage, Inc., Pacific Northwest Title Company, and First American Title Company's Motion to Dismiss (ECF No. 23) is GRANTED.
Judgment is entered in favor of all defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on motions for summary judgment and motions to dismiss.  (Orders at ECF Nos. 26, 38 and 89).

Date: October 13, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen